PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Cedric E. Crutcher</u>     Case Number: <u>3:06-00224-01</u>

Name of Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>April 7, 2008</u>

Original Offense: <u>18 U.S.C. § 1951 and 18 U.S.C.§ 2, Interference with Commerce by Threats or Violence</u>

Original Sentence: <u>72 months' custody followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>January 12, 2012</u>

Assistant U.S. Attorney: <u>Unassigned</u>     Defense Attorney: <u>Jonathan P. Farmer</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 31st day of Oct., 2013, and made a part of the records in the above case.

_____
Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place     Nashville, Tennessee

Date      October 30, 2013

# ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.     Nature of Noncompliance

1.     **The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**

On August 16, 2013, Mr. Crutcher admitted to associating another offender on supervised release, Maurice Payne, who was convicted of Distribution of Cocaine Base. Mr. Crutcher has not been given permission to associate with Mr. Payne.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Crutcher began supervised release on January 12, 2012. He is scheduled to terminate supervision on January 11, 2015.

A report was submitted to the Court on March 12, 2012, informing that Mr. Crutcher tested positive for synthetic marijuana on February 15, and March 5, 2012. A substance abuse assessment was completed on March 5, 2012, and treatment was recommended. He successfully completed substance abuse treatment on February 1, 2013.

A report was submitted to the Court on April 11, 2013, informing that Mr. Crutcher tested positive for marijuana on February 14, 2013, and failed to report for drug testing on January 9, 2013. As a result of the positive drug test, his substance abuse testing was increased. All subsequent drug tests have been negative.

A report was submitted to the Court on May 15, 2013, informing that Mr. Crutcher had been charged with Driving on a Suspended License. The charges were dismissed on August 30, 2013.

A report was submitted to the Court on July 29, 2013, informing that Mr. Crutcher had been charged with Unlawful Use of Drug Paraphernalia. His next court date is scheduled on November 25, 2013, in Davidson County General Sessions Court.

He has been employed at Scarritt Bennett since April 2013, as a dishwasher.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Crutcher be continued on supervised release with no further action at this time.

The U. S. Attorney's Office has been notified of the probation officer's recommendation.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer